UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLINGS CLINIC et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> XAVIER BECERRA, Secretary of Health and Human Services, <br><br> *Defendant*. | Civil Action No. 24-1546 (RDM) |

## JOINT STATUS REPORT

By and through undersigned counsel, and in accordance with the Court's August 6, 2024 Minute Order, Defendant respectfully submits the following Joint Status Report:

1. Plaintiffs filed this suit on May 28, 2024, and served the U.S. Attorney's Office on or about June 4, 2024. Plaintiffs allege that they bring this action to obtain judicial review of certain agency decisions regarding Medicare reimbursements. *See generally* Compl. (ECF No. 1) ¶¶ 1–7.

2. On October 12, 2023, the Court stayed this action up to and including November 4, 2024, pending the parties' settlement negotiations. *See* Min. Order.

3. The parties continue to negotiate and continue to believe that some or all of the disputed issues may potentially be resolved via settlement. To avoid incurring attorney's fees on further briefing prior to attempting to negotiate a resolution to this action, the parties agree that maintaining the stay would be beneficial as the parties explore a potential settlement of Plaintiffs' claims.

4.     Accordingly, the parties respectfully request that the Court maintain the stay of this action and that the parties file another joint status report in approximately 90 days, on or before January 24, 2025.

Dated: October 31, 2024
          Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/ *Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. Bar #1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

/s/ *Leslie Demaree Goldsmith*
Leslie Demaree Goldsmith
(DC Bar #422759)
Brian R. Iverson
(DC Bar #1012843)
BASS, BERRY & SIMS, PLC
1201 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20004
Telephone: (202) 827-7083
leslie.goldsmith@bassberry.com
biverson@bassberry.com

*Attorneys for Plaintiffs*