UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLINGS CLINIC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services,<br><br>Defendant. | Civil Action No. 24-1546 (RDM) |

**JOINT STATUS REPORT**

By and through undersigned counsel, and in accordance with the Court's June 30, 2026 Minute Order, the parties respectfully submit the following Joint Status Report:

1. Plaintiffs filed this suit on May 24, 2024, and served the Defendant on or about June 4, 2024. Plaintiffs allege that they bring this action to obtain judicial review of certain agency decisions regarding Medicare reimbursements. *See generally* Compl. (ECF No. 1) ¶¶ 1–7.

2. On August 2, 2024, Defendant filed a consent motion to stay (ECF No. 10) based on the parties' agreement that some or all of the disputed issues may potentially be resolved via settlement. To avoid incurring attorneys' fees on further briefing prior to attempting to negotiate a resolution to this action, the parties agreed that a ninety-day stay would be beneficial as the parties explore a potential settlement of Plaintiffs' claims.

3. The Court thereafter granted the stay. Min. Order (Aug. 6, 2024). The stay has been extended eight times to date. Min. Order (Nov. 4, 2024); Min. Order (Jan. 24, 2025); Min. Order (Apr. 25, 2025); Min. Order (July 31, 2025); Min. Order (Sept. 25, 2025); Min. Order (Dec. 31, 2025); Min. Order (Apr. 2, 2026); Min Order (June 30, 2026).

4. On September 2, 2025, the parties filed a partial stipulation of dismissal (ECF No. 16), resolving certain plaintiffs' claims for certain cost years, as more fully described therein. The Court accordingly dismissed those claims. Min. Order (Sept. 4, 2025).

5. The parties continue to engage in settlement discussions as to the other issues in the Complaint. The parties' discussions have progressed since the last Joint Status Report but are not yet complete. The parties have had success in settling other cases raising similar issues and have already had partial success in this matter as demonstrated by the partial stipulation of dismissal.

6. To avoid incurring attorneys' fees on further briefing prior to attempting to negotiate a resolution to this action, the parties therefore respectfully request that the stay of this action remain in place and that the Court order the parties to file another joint status report by December 28, 2026. Should the parties resolve this matter or find that further settlement discussions would not be beneficial, the parties will promptly notify the Court.

* * *

Dated: September 28, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Tabitha Bartholomew</u>*
TABITHA BARTHOLOMEW
D.C. Bar #1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

*<u>/s/ Leslie Demaree Goldsmith</u>*
Leslie Demaree Goldsmith
DC Bar #422759
Sarah B. Miller
DC Bar #997286
BASS, BERRY & SIMS, PLC
1201 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20004
Telephone: (202) 827-7083
leslie.goldsmith@bassberry.com
smiller@bassberry.com

*Attorneys for Plaintiffs*